# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FLECTERE LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00228-JRG |
| SEARS BRANDS, L.L.C., | § § § | (LEAD CASE) |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff Flectere LLC's ("Flectere") Unopposed Motion to Extend Time to File the Proposed Docket Control Order and Proposed Discovery Order (the "Motion"). (Dkt. No. 34.) The Court, having considered same, finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Flectere shall file a Proposed Docket Control Order and a Proposed Discovery Order on or before **October 25, 2018**. Absent extraordinary circumstances, Flectere should not expect any additional extensions of time.

**So ORDERED and SIGNED this 4th day of October, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE