# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| FLECTERE LLC<br>      Plaintiff,<br><br>V.<br><br>_____<br>SEARS BRANDS, L.L.C.<br><br>_____<br>ACADEMY, LTD.<br><br>      Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br><br>Case No. 2:18-cv-00228-JRG<br>LEAD CASE<br><br><br>Case No. 2:18-cv-00227-JRG |

## AGREED MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff Flectere LLC and Defendant Academy, Ltd. hereby notify the Court that they have reached agreement on the Docket Control Order to be used in the above matter. Accordingly, the Parties hereby respectfully request that the Court approve and enter the same.

DATED: October 26, 2018

Respectfully submitted,

/s/ Kenneth Matuszewski

Kenneth Matuszewski
(708) 870-5803
kenneth@rabilaw.com

Isaac P. Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

*Attorneys for Plaintiff*
*Flectere LLC*

Certificate of Service

Undersigned counsel hereby certifies that on this 26th day of October, a copy of the foregoing document was served via ECF on all counsel of record.

/s/ Kenneth Matuszewski
Counsel for Plaintiff